UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEBRA WARRINER, WIFE OF AND GREGORY WARRINER | * * * | CIVIL ACTION NO.: 22-623 |
| | * | SECTION "T" |
| VERSUS | * * | |
| | * | MAGISTRATE JUDGE 3 |
| JOSEPH W. LEBLANC, JR.; GEICO COUNTY MUTUAL INSURANCE; AND GOVERNMENT EMPLOYEES INSURANCE COMPANY | * * * * | JURY TRIAL DEMANDED |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ANSWER

NOW INTO COURT, through undersigned counsel, comes defendant, Government Employees Insurance Company, and for answer to the complaint of Debra Warriner, wife of and Gregory Warriner, respectfully avers:

### FIRST DEFENSE

Defendant is entitled to a credit against any liability in the premises in the amount of all liability insurance limits available to the alleged tortfeasor, and for any payments made or which may be made in the future pursuant to the policy issued by this defendant.

### SECOND DEFENSE

Defendant is entitled to and prays for trial by jury as to all issues of fault and compensatory damages.

### THIRD DEFENSE

Any recovery by plaintiffs should be barred and/or reduced to the extent that it is shown that plaintiffs have failed to mitigate damages.

## FOURTH DEFENSE

Any recovery by plaintiffs should be barred and/or reduced to the extent that it is shown that the alleged accident and injuries resulted from the fault of the plaintiff or of a third party.

## FIFTH DEFENSE

Any liability of this defendant, and any damages claimed to have been incurred in the subject accident, are to be limited to those resulting from the subject accident, and shall not include compensation for preexisting injuries and conditions.

## SIXTH DEFENSE

AND NOW, answering the individually-numbered paragraphs of the complaint, defendant avers:

1. The allegations of paragraph 1 of the complaint are denied for lack of sufficient information to justify a belief therein, except to admit the status and domicile of this defendant as pled. Defendant further admits the existence of a policy of automobile liability insurance, which policy contract is a written document and the best evidence of its own content. Defendant pleads benefit of all the terms, conditions, limitations and exclusions of the said policy contract by reference, as if repeated herein in extenso.

2. The allegations of paragraph 2 of the complaint are admitted.

3. The allegations of paragraph 3 of the complaint are admitted, upon information and belief.

4. The allegations of paragraph 4 of the complaint are admitted, the said policy contract being a written document and the best evidence of its own content. Defendant pleads benefit of all the terms, conditions, limitations and exclusions set forth in the policy contract by reference, as if repeated herein in extenso.

5. The allegations of paragraph 5 of the complaint are denied.

6. The allegations of paragraph 6 of the complaint are denied as stated, for lack of sufficient information to justify a belief therein, except to admit the occurrence of a vehicular collision on the approximate date and at the approximate location pled.

7. The allegations of paragraph 7 of the complaint are denied.

8. The allegations of paragraph 8 of the complaint are denied.

9. The allegations of paragraph 9 of the complaint are denied.

10. The allegations of paragraph 10 of the complaint are denied.

WHEREFORE, defendant, Government Employees Insurance Company, prays for trial by jury, that this answer be deemed good and sufficient, and that after all due proceedings had there be judgment herein dismissing the claims of plaintiffs, Debra Warriner, wife of and Gregory Warriner, with prejudice and at plaintiffs' cost.

S/KEVIN O'BRYON
KEVIN O'BRYON, LSBA 10151
WILLIAM H. AFRICK, LSBA 37419
O'Bryon & Schnabel, APLC
935 Gravier St., Suite 900
New Orleans, LA 70112
Telephone:(504)799-4200
Facsimile:(504)799-4211
Email: kob@obryonlaw.com
Email: wha@obryonlaw.com

## **CERTIFICATE OF SERVICE**

A copy of the foregoing has been served on all counsel of record through filing in the ECF/Pacer System this 30th day of June, 2022.

                                        S/KEVIN O'BRYON
                                        KEVIN O'BRYON